**FORM 9** (Rev. 11/93)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| In the matter of: | Case No. 06-13900 |
| **GREGORY, NANCY MARIE** | Chapter 7 |
| | Judge JEFFERY P. HOPKINS |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $9.36 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Mt Carmel Day Care<br>8645 Kenwod Road<br>Cincinnati, OH 45242-7999 | 3 | 3.51 |
| GREATER CINCINNATI WATER WORKS<br>ATTN BANKRUPTCY DESK, 4747 SPRING GROVE AVENUE<br>CINCINNATI, OH 45232-1986 | 4 | 2.00 |
| Dr Evelyn Joseph<br>3006 Portsmouth Ave<br>Cincinnati, OH 45208-1510 | 5 | 0.91 |
| Cashland<br>17 Triangle Park<br>Cincinnati, OH 45246 | 10 | 2.94 |