<u>**FORM 9**</u> **(Rev. 11/93)**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **In the matter of:** <br> **GREGORY, NANCY MARIE** | **Case No. 06-13900 JPH** <br><br> **Chapter 7** <br><br> **Judge HOPKINS, JEFFERY P** |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $37.68 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| US Bank N.A. <br> Bankruptcy Department, PO Box 5229 <br> Cincinnati, OH 45201-5229 | 8 | 37.68 |